[Civ. No. 15613.   Second Dist., Div. Two.   Dec. 13, 1946.]

Guardianship of the Person and Estate of AMALIA M.
BLACKWELL, an Incompetent Person.   AMALIA M.
BLACKWELL et al., Respondents, v. JOHN H. BLACK-
WELL, Appellant.

John J. McMahon for Appellant.

Morris C. Schrager and Martin Forrest for Respondents.

MOORE, P. J.—March 12, 1945, Amalia M. Blackwell was
adjudged an incompetent.   The Security First National Bank
of Los Angeles was appointed guardian of her estate and Olga
Hogane, a sister, was made guardian of her person.   Pur-
suant to her own petition she was by order of the court entered
on May 21, 1946, restored to capacity and mental competency.
Her husband, John H. Blackwell, who objected to her peti-
tion, brings the matter here by appeal from the last mentioned
order.

The only appeals authorized in guardianship proceed-
ings are those "from an order granting or revoking letters of
guardianship; settling an account of a guardian; instructing or
directing a guardian; or refusing to make any order hereto-
fore mentioned in this section." (Prob. Code, § 1630.)   The
order restoring an incompetent to capacity is not one of the
appealable orders mentioned in the cited section.   The jurisdic-
tion of this court in probate proceedings cannot be extended
to orders or judgments not made appealable by the Probate
Code. (*Guardianship of Morro,* 36 Cal.App.2d 623, 627 [98

P.2d 552]; *Guardianship of Reser,* 57 Cal.App.2d 935, 936 [135 P.2d 709].) Section 1233, Probate Code, is not applicable inasmuch as appeals in guardianship matters are governed by section 1630, *supra.*

It is ordered that this appeal be and it is hereby dismissed.

McComb, J., and Wilson, J., concurred.